■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WHEELER, Appellant. — Judgment, Supreme Court, Bronx County, rendered September 12, 1978, convicting defendant of robbery in the second degree and sentencing him to a term of 5 to 10 years, unanimously affirmed. As improper and tasteless as was the prosecutor's conduct of his cross-examination of a defense witness and summation, we do not find that defendant was denied a fair trial. Proof of guilt was overwhelming. (See *People v Arce,* 42 NY2d 179, 189-191.) We have considered defendant's other contention and find it to be without merit. Concur — Birns, J.P., Sullivan, Ross, Markewich and Silverman, JJ.

■ In the Matter of JEROME H. BARR et al., as Executors of MILTON KAUFMAN, Deceased, Respondents, for the Dissolution of PUCCINI CLOTHES, LTD., v HYMAN RAFFE et al., Appellants. — Order and judgment (one paper), Supreme Court, New York County, entered on July 7, 1980, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on June 18, 1980 is unanimously dismissed without costs and without disbursements as subsumed in the order and judgment entered on July 7, 1980. No opinion. Concur — Ross, J.P., Carro, Lupiano, Bloom and Fein, JJ.